UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH M. SUTTON,

                    Petitioner,

          v.

JOHN GAY,

                    Respondent.

Case No.  C07-5148RBL-KLS

ORDER TO SHOW CAUSE

This matter is before the Court on receipt on July 26, 2007, by the Clerk of a packet of documents from petitioner containing what appear to be his personal medical records.  Many of those documents also contain petitioner's social security number.  Petitioner, however, does not state or otherwise indicate the purpose for which he has sent the Court these documents, or even whether he in fact has intended to file them in this matter.  As such, they will not be filed with the Court until petitioner supplies the Court with the further clarification sought below.

Accordingly, plaintiff shall file by **no later than August 24, 2007**, a response indicating whether he intended to file the above medical documents in this matter, including those documents containing his social security number, and if so, explaining the purpose(s) for which he desires to have those documents filed in this matter and their relevance thereto.  **Plaintiff should be aware that if such documents are ultimately filed, they and all information contained therein will be open and accessible to all parties as well as members of the public as part of the record in this case.**

ORDER
Page - 1

1    Failure to so respond by the above date shall result in the Court determining that petitioner did not

2  intend to file any of the above documents in this matter and that none of them are relevant to the

3  resolution of this case.  In the event the Court does make this determination, all such documents shall be

4  returned to petitioner at his last known mailing address.

5    The Clerk shall send a copy of this Order to petitioner and counsel for respondent.

6    DATED this 3rd day of August, 2007.

7

8

9

10

Karen L. Strombom
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2