UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH M. SUTTON,

                Petitioner,

     v.

JOHN GAY,

               Respondent.

Case No. C07-5148RBL-KLS

ORDER REGARDING MEDICAL RECORDS SUBMITTED BY PLAINTIFF

       This matter is before the Court on receipt on July 26, 2007, by the Clerk of a packet of documents from petitioner containing what appear to be his personal medical records. Many of those documents also contain petitioner's social security number. Petitioner, however, did not state or otherwise indicate the purpose for which he sent the Court these documents, or even whether he in fact had intended to file them in this matter. For that reason, the Court issued an order to show cause, dated August 3, 2007, informing petitioner that the documents would not be filed until he filed by no later than August 24, 2007, a response indicating whether he intended to file them in this matter, and if so, explaining the purpose(s) for which he desired to have them filed and their relevance thereto. (Dkt. #16).

       Petitioner, furthermore, was made aware that if the above documents were ultimately filed, they, and all information contained therein, would be open and accessible to all parties and members of the public as part of the record in this case. Petitioner also was told that failure to so respond by the above date would result in the Court determining that he did not intend to file any of those documents in this

ORDER
Page - 1

1 matter and that none of them were relevant to the resolution of this case, and that in the event the Court
2 did make this determination, all such documents would be returned to him at his last known mailing
3 address.
4     To date, the Court has not received any response from petitioner to its order to show cause.  For
5 this reason, the Court hereby directs the Clerk to return all of the above documents to petitioner at his last
6 known mailing address.
7     The Clerk shall send a copy of this Order to petitioner and counsel for respondent.
8     DATED this 18th day of September, 2007.

Karen L. Strombom
United States Magistrate Judge