UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH MAURICE SUTTON,

           Petitioner,

      v.

JOHN GAY,

           Respondent.

Case No. C07-5148RBL-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

     The Court having reviewed the Report and Recommendation of the Hon. Karen L Strombom United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

     (1)    The Court adopts the Report and Recommendation;

     (2)    The petition is **DISMISSED WITH PREJUDICE.**

     (3)    The clerk is directed to send copies of this Order to Petitioner, and to the Hon. Karen L. Strombom.

     DATED this 16th day of November, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1