# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH MAURICE SUTTON

      v.

JOHN GAY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5148RBL/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **DISMISSED WITH PREJUDICE**.

   November 19, 2007                                                 BRUCE RIFKIN   
Date                                                                      Clerk

                                                                                    *s/CM Gonzalez*   
                                                                                    Deputy Clerk