HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH MAURICE SUTTON,

        Petitioner,

   v.

JOHN GAY,

        Respondent.

Case No. C07-5148RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Application for a Certificate of Appealability [Dkt. #24]. For the reasons stated in the Report and Recommendation [Dkt. #19], this Court declines to issue a certificate of appealability because petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of December, 2007.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1